

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Hon. Roy Loventhal, Chairman
Livestock Sanitary Commission of Texas
2002 W. T. Waggoner Building
Fort Worth, Texas

Dear Sir:

Opinion No. O-2388
Re: Supplementing salary of
state employees from
Federal funds.

This will acknowledge receipt of your request
for an opinion on the question of whether or not certain
employees of the Livestock Sanitary Commission of Texas
working in the office of the Predatory Animal Division,
Bureau of Biological Survey, United States Department of
the Interior, may have their salaries supplemented either
by the Federal government or by the commissioners' Courts.

We assume for the purpose of this opinion that
the employees referred to are provided for and their sal-
aries fixed by the Departmental Appropriation Bill of the
46th Legislature of the State of Texas.

The following pertinent provisions are contained
in Senate Bill 427, Acts of the 46th Legislature:

"The appropriations herein provided are to
be construed as the maximum sums to be appro-
priated to and for the several purposes named
herein, and the amounts are intended to cover
and shall cover the entire cost of the respective
items and the same shall not be supplemented from
any other source; and, except as otherwise pro-
vided, no other expenditures shall be made, nor
shall any other obligations be incurred by any
department of this State, provided however that
nothing herein shall prevent any department head
from paying less than the maximum amount set
forth herein for any salaried position.

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Dr. George W. Cox, M. D., Page 2

"Limitation of Payments. Except as other-
wise provided, whenever, by virtue of the pro-
visions of this Act, items are to be paid out of fees,
receipts, special funds or out of other funds
available for use by a department, it is the in-
tention of the Legislature to limit expenditures
out of said fees, receipts, special funds or
other available funds to the purposes and in the
amounts itemized herein, and it is so provided.

"It is provided that any nurse employed by
the State Health Department not receiving $125.00
per month under this Act may have her salary sup-
plemented from Federal funds in the sum of $12.50
per month upon approval of the proper Federal
authorities."

The Legislature, in providing that the salaries
of nurses employed by the State Health Department might be
supplemented out of Federal funds upon approval by the pro-
per Federal authorities, manifests a legislative intent to
prohibit the supplementing of the salary of any other state
employee.

It is the opinion of this department therefore
that the salaries of the employees involved in your inquiry
cannot be supplemented, either by the Federal government or
the commissioners' courts of this state.

Yours very truly

APPROVED AUG 16, 1940

FIRST ASSISTANT
ATTORNEY GENERAL

ATTORNEY GENERAL OF TEXAS

By Lloyd Armstrong

Lloyd Armstrong
Assistant

LA:jm